NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES AG** AND
**EDWARDS LIFESCIENCES LLC,**
*Plaintiffs-Cross Appellants,*

v.

**COREVALVE, INC.** AND
**MEDTRONIC COREVALVE, LLC,**
*Defendants-Appellants.*

---

2011-1215, -1257

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0091, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

**O R D E R**

CoreValve Inc. and Medtronic CoreValve, LLC move for a 30-day extension of time, until May 18, 2011, for CoreValve to file its initial brief, for an extension of time, until June 27, 2011 for Edwards' opening brief, for an extension of time, until August 8, 2011 for CoreValve's

reply brief, for an extension of time, until August 22, 2011 for Edwards' reply brief, and for an extension of time, until August 29, 2011, to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John E. Nathan, Esq.
     Jeffrey W. Sarles, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2011

JAN HORBALY
CLERK